NELSON MULLINS RILEY & SCARBOROUGH, LLP
Cory E. Manning (State Bar No. 213120)
cory.manning@nelsonmullins.com
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone: 803.255.5524
Facsimile: 803.256.7500

Miles E. Coleman (admitted *Pro Hac Vice*)
miles.coleman@nelsonmullins.com
2 W. Washington St., 4th Floor
Greenville, SC 29601
Telephone:  864.373.2352
Facsimile: 864.373.2925

Attorneys for Defendant Walgreen Co.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ELISA BARGETTO, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WALGREEN CO.,<br><br>Defendant. | Case No. 3:22-cv-02639-TLT<br><br>**DEFENDANT WALGREEN CO.'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS [Civil L. R. 7-3(d)(2)]**<br><br>Date:    December 6, 2022<br>Time:    2:00 p.m.<br>Judge:  Trina L. Thompson<br><br>Complaint filed:  April 29, 2022 |

**STATEMENT OF RECENT DECISION**

Pursuant to Civil Local Rule 7-3(d)(2), Defendant Walgreen Co. ("Walgreens") submits this Statement of Recent Decision in support of its Motion to Dismiss (ECF No. 33) and corrected Reply in Support of the Motion to Dismiss (ECF No. 44-1).

On November 18, 2022, the Honorable James Donato, United States District Court Judge, issued an Order relevant to the claims and defenses in this case. Specifically, Judge Donato dismissed claims brought under California's Consumer Legal Remedies Act ("CLRA"), Unfair Competition Law ("UCL"), and other legal theories, alleging that the "recyclable" labels on single-use plastic drink bottles are false and misleading because most plastic bottles are not actually recycled. *See* Order, *Swartz et al. v. The Coca-Cola Company et al.*, No. 21-cv-04643-JD (Nov. 18, 2022).  A copy of the Order is attached hereto as Exhibit A. Judge Donato ruled that "Plaintiffs do not plausibly allege that defendants' representations deviate from the commonly understood meaning of recyclable or the Green Guides definition," and, therefore, the plaintiffs had not pled facts "that allow[] the court to draw the reasonable inference that the defendant is liable  for the misconduct alleged." *Id.* at 1, 3.

Judge Donato's Order in *Swartz* is relevant to the arguments set forth in Walgreens' Motion to Dismiss at pages 16–22, and to the arguments set forth in Walgreens' corrected Reply in Support of the Motion to Dismiss at pages 9–13.

Respectfully submitted,

Dated: November 23, 2022        NELSON MULLINS RILEY & SCARBOROUGH, LLP

By: */s/ Cory E. Manning*
Cory E. Manning (State Bar No. 213120)
cory.manning@nelsonmullins.com
1320 Main St., 17th Floor
Columbia, SC 29201
Telephone: 803.255.5524
Facsimile: 803.256.7500

Miles E. Coleman (admitted *Pro Hac Vice*)
miles.coleman@nelsonmullins.com
2 W. Washington St., 4th Floor
Greenville, SC 29601
Telephone:  864.373.2352
Facsimile: 864.373.2925

Attorneys for Defendant Walgreen Co.

**CERTIFICATE OF SERVICE**

I, Cory E. Manning, hereby certify that on November 23, 2022, I caused to be electronically filed the foregoing **STATEMENT OF RECENT DECISION [Civil L.R. 7-3(d)(2)]** on behalf of Defendant Walgreen Co., true and correct copies of which will be served via the Court's CM/ECF system on all parties of record.

*/s/ Cory E. Manning*
Cory E. Manning